# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **MARCUS JOSEPH WILLIAMSON**<br>**#002657104/583936** | **CIVIL ACTION NO. 23-cv-1452 SEC P** |
| **VERSUS** | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **WARDEN** | **MAG. JUDGE CAROL B. WHITEHURST** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 11] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Amended Petition for Writ of Habeas Corpus [Doc. No. 4] and the Motion to Dismiss Due to the Statute of Limitations, construed as an Amended Petition [Doc. No. 8], are **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED in Chambers, this the 8th day of July 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE